United States District Court
Southern District of Texas
**ENTERED**
March 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EFREN FLORES, *et al.*, § § Plaintiffs, § § VS. § STATE FARM MUTUAL AUTOMOBILE § INSURANCE COMPANY, § § Defendant. § | CIVIL ACTION NO. 2:23-CV-00156 |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal With Prejudice (D.E. 16), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 19, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE